# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00470-CR

**Robert Lynell Featherston, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 61038, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Robert Lynell Featherston seeks to appeal a judgment of conviction for theft. The trial court has certified that Featherston waived his right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

Bob Pemberton, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed: August 31, 2007

Do Not Publish